IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IBUNA CAMERON, JAFARI CAMERON, JEREMY SANDERS, TAMIKA ORGAN, and SHAMARI WEEKS, : : : : : Plaintiffs, : : v. : : IEA CONSTRUCTORS, LLC, and MASTEC, INC., : : : : Defendants. : : | CASE NO.: 1:24-CV-169 (LAG) |

## ORDER

Before the Court is the Parties' Joint Motion to Amend Complaint and to Set Deadline for Defendants' Motion to Sever (Motion). (Doc. 28). Therein, the Parties "move for leave to allow Plaintiffs to amend their Complaint to include claims against Defendants under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e . . . and 42 U.S.C. § 1981 . . . for retaliatory termination, and to set a deadline for Defendants to file their anticipated motion to sever." (Doc. 28 at 1). The Parties seek to "extend the deadline for filing Defendants' anticipated motion to sever by fourteen days from the date of the Amended Complaint is filed[.]" (*Id* ¶ 11).

Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party may amend its pleading once as matter of course no later than" twenty-one days after serving the complaint or twenty-one days after service of a motion under 12(b), (e), or (f), whichever is earlier. Otherwise, "a party may amend its pleading only with the opposing party's written consent or the court's leave[,]" and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). When seeking leave to amend, "the movant must either attach a copy of the proposed amendment to the motion or set forth the substance thereof." *U.S. ex rel. Atkins v. McInteer*, 470 F.3d 1350, 1362 (11th Cir. 2006).

As Defendants join in the Motion, the motion is **GRANTED**. (*See* Doc. 28). Accordingly, the Clerk of Court is **DIRECTED** to docket Plaintiffs' Proposed First Amended Complaint. (Doc. 28-1). Defendants shall have **fourteen (14) days** after the First Amended Complaint is docketed to file a motion to sever.

**SO ORDERED**, this 6th day of August, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**