**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

IBUNA CAMERON, JAFARI CAMERON, JEREMY SANDERS, TAMIKA ORGAN, and SHAMARI WEEKS,

Plaintiffs,

v.

IEA CONSTRUCTORS, LLC and MASTEC, INC.,

Defendants.

CASE NO.: 1:24-CV-169 (LAG)

**ORDER**

Before the Court is the Parties' Joint Consent Motion for Entry of Protective Order. (Doc. 53). Therein, the Parties request that a protective order be entered "to govern the disclosure of confidential information, which may be sought or disclosed in discovery." (*Id.* at 1). For the reasons below, the Parties' Motion is **GRANTED**.

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)).

The Parties' Joint Consent Motion (Doc. 53) is **GRANTED**, and the proposed Protective Order (Doc. 53–1) is hereby **ADOPTED** and made the **ORDER** of the Court.

**SO ORDERED**, this 25th day of November, 2026.

/s/ Leslie A. Gardner

**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**